No. 04–10099. SMITH *v.* CHAMPAGNE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10100. PONDER *v.* CHATMAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–10101. HICKS *v.* EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10107. COTTON *v.* FULGENZIE ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10110. ROBINSON *v.* CURRIE ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–10111. BERRY *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10114. MONTANEZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–10115. COLEMAN *v.* COURT OF COMMON PLEAS OF PENNSYLVANIA, ALLEGHENY COUNTY. Sup. Ct. Pa. Certiorari denied.

No. 04–10116. CONIC *v.* MICHIGAN. Cir. Ct. Saginaw County, Mich. Certiorari denied.

No. 04–10117. LANE *v.* ARKANSAS ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–10118. HAYES, AS GUARDIAN AND PARENT OF PEREZ ET AL., MINOR CHILDREN, ET AL. *v.* GARCIA ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–10119. FITTS *v.* MARTIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–10120. HOKE *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 04–10121. HORVAT *v.* PJAX, INC. C. A. 3d Cir. Certiorari denied.

No. 04–10122. HUTCHISON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.